LÓPEZ, RECURRENTE *v.* EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo contra nota del Registrador Interino de la Propiedad de Caguas denegando una cancelación de embargo.

No. 243.—Resuelto en noviembre 9, 1915.

CANCELACIÓN DE EMBARGO — CONFUSIÓN DE DERECHOS — RESOLUCIONES JUDICIALES.—No es motivo para negar la cancelación de embargo preventivo, por confusión de derechos, el hecho de que no aparezca del registro la confusión de tales derechos, cuando del documento presentado al registrador resulta que una corte de justicia llegó a la conclusión de que la confusión de derechos existe, y en ella se basa para ordenar la cancelación.

Los hechos están expresados en la opinión.

La recurrente compareció en nombre propio.

El Registrador recurrido no compareció.

El JUEZ ASOCIADO SR. ALDREY emitió la opinión del tribunal.

En el Registro de la Propiedad de Caguas se presentó

una certificación librada por el Secretario de la Corte de Distrito de Humacao según la cual, en pleito de Francisco y Antonia Ramis contra Catalina y Juana Borrás Ginart, Sucesión de Gerónima Ginart Borrás y B. Borrás Hermanos, en liquidación, sobre cancelación de gravámenes, a moción de Laura López como madre con patria potestad sobre sus hijos menores, de apellidos Juncos López, ordenó la expresada corte que dicho registrador cancelase, por confusión de derechos, cierto embargo preventivo que sobre la finca que describe, perteneciente en la fecha del embargo a la sucesión de Don Bartolomé Borrás, pesa a favor de los Sres. Carbonell y Martorell, la que fué adjudicada en pública subasta a Don Francisco Ramis para satisfacción de la sentencia.

Habiéndose negado el Registrador Interino de Caguas a verificar la cancelación que se le ordenó, fundándose en que si bien constan inscritos el embargo y la adjudicación y venta reseñados en el mandamiento, no resulta del registro la confusión de derechos que en él se expresa, Laura López, en nombre de sus hijos, recurrió ante nosotros con súplica de que ordenemos al registrador que practique la cancelación de embargo que se decretó por la Corte de Distrito de Humacao.

Por los antecedentes expuestos se ve que el único fundamento del registrador para negar la cancelación del embargo que pesa sobre la finca en cuestión es que del registro no resulta la confusión de derechos en que la corte de distrito se basa para decretarla. Sin embargo, este hecho no es motivo para negar la cancelación cuando del documento presentado al registrador resulta que una corte de justicia llegó a la conclusión de que la confusión de derechos existe y en ella se basa para ordenar la cancelación, pues sostener lo contrario equivaldría a declarar que los tribunales no pueden decretar la cancelación de inscripciones por confusión de derechos o por otros motivos, sino cuando tal confusión o la causa que dé lugar a la cancelación aparezca del registro, y nadie negará que pueden hacer esa declaración aunque en

el registro no conste la confusión de derechos o la causa que. dé lugar a la cancelación.

La nota recurrida debe ser revocada.

> *Revocada la nota recurrida y ordenada la cancelación de embargo.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.